## 70833. BOATRIGHT et al. v. SUNSHINE TOYOTA, INC. et al.
(339 SE2d 275)

POPE, Judge.

The verdict of a jury is not an appealable judgment under the Appellate Practice Act. *Ameagle Contractors v. Couch Constr. Co.*, 141 Ga. App. 94 (232 SE2d 619) (1977). See generally OCGA § 5-6-34 (a). "Whether the verdict resulted from direction, as here, or was by deliberation is of no decisive consequence." *Hurst v. Starr*, 226 Ga. 42 (172 SE2d 604) (1970), overruled on other grounds, *Steele v. Cincinnati Ins. Co.*, 252 Ga. 58 (311 SE2d 470) (1984). In the case at bar appellants bring this appeal from a jury verdict entered at the direction of the trial court in favor of appellees. There is no entry of judgment of record. See OCGA § 9-11-58. Compare *Steele v. Cincinnati Ins. Co.*, supra; *Crowe v. Holloway Dev. Corp.*, 114 Ga. App. 856 (1) (152 SE2d 913) (1966). "In the absence of an appealable judgment, this court has no jurisdiction and the appeal must be dismissed." *Ameagle Contractors v. Couch Constr. Co.*, supra. See also *Pilgrim v. Brookfield West*, 136 Ga. App. 619 (1) (222 SE2d 137) (1975).

*Appeal dismissed. Deen, P. J., and Beasley, J., concur.*

DECIDED OCTOBER 28, 1985.

*M. Dean Hall,* for appellants.
*J. Baker McGee,* for appellees.